NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
JARED L. GRIMMER
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702-388-6378
jared.l.grimmer@usdoj.gov

*Attorneys for Plaintiff*
*The United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00078-JCM-VCF |
| Plaintiff, | |
| v. | **Motion to Unseal Case** |
| TEODOLO HERMOSILLO-MARTINEZ, | |
| Defendant. | |

The United States of America, by and through its attorneys, Nicholas Trutanich, United States Attorney, and Jared L. Grimmer, Assistant United States Attorney, moves for entry of the proposed Order unsealing the above-captioned case.

In support of its motion, the Government states:

1. On or about April 21, 2020, a Complaint was filed with the Court, charging Mr. Hermosillo-Martinez with violation of 8 U.S.C. § 1326(a), Deported Alien Found in the United States. *See* ECF No. 1, 2:20-mj-00305-DJA.

2. Mr. Hermosillo-Martinez made an initial appearance before the Court on or about April 23, 2020, and was ordered detained pending trial. *Id.* at ECF No. 4. Mr. Hermosillo-Martinez remains detained by the U.S. Marshal Service.

3. Mr. Hermosillo-Martinez has signed a plea agreement with the United States, and this Court has set a change of plea hearing for July 17, 2020. This case was not sealed when before the Magistrate Court, but when set before this Court, it was designated as sealed.

4. Therefore, the United States moves this Court to unseal the above-captioned case, in that keeping it sealed is not necessary.

**DATED** this 6th day of July, 2020.

NICHOLAS A. TRUTANICH
United States Attorney

*//s//*

_____
JARED L. GRIMMER
Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TEODOLO HERMOSILLO-MARTINEZ,<br><br>Defendant. | Case No. 2:20-cr-00078-JCM-VCF<br><br>**Order Unsealing Case**<br><br>(Proposed) |

Upon consideration and review of the Government's motion:

IT IS HEREBY ORDERED that the above-captioned matter, *United States of America v. Teodolo Hermosillo-Martinez,* is unsealed.

**DATED** July 10, 2020.

By the Court:

_____
Hon. James C. Mahan
United States District Judge

3